

**U.S. Department of Justice**

United States Attorney
Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9100 - Telephone*
*(305) 530-6444 - Facsimile*

September 12, 2016

**VIA HAND DELIVERY**
Ms. Daris Hernandez

Hialeah, Florida  33018



FILED BY **TB** Deputy Clerk
**Jun 13, 2017**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

Dear Ms. Hernandez,

The Office of the United States Attorney for the Southern District of Florida has been asked by the Health and Human Services Office of the Inspector General ("HHS-OIG") to review certain evidence concerning a matter in which your activities have been subjected to investigative scrutiny. Specifically, according to information supplied to this Office by the agencies, you, in connection with your conduct related a conspiracy involving one or more home health care companies, engaged in conspiracies to pay and receive health care kickbacks.

Activities of the type set forth above are subject to criminal penalties and prosecution in the federal court system by virtue of Title 18, United States Code, Section 371. Accordingly, please be advised that you are considered a target of this criminal investigation. As such, there exists, in my opinion, sufficient evidence to seek your indictment for felony offenses.

Although not obligated to make any statements to law enforcement agents, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation with regard to the activities of any other individuals. You may also wish to seek the assistance of an attorney before making any such statement.

Regardless of how you may wish to handle this matter, please be advised that there are certain time limits, which if allowed to pass, may preclude your future ability to provide a statement at a time before criminal charges have been brought. Therefore, I suggest that you make any decision concerning whether you will supply a statement as soon as possible.

Please be cautioned, however, under certain circumstances and situations, that should you wish to provide information, or give a statement concerning the activities currently under investigative scrutiny or, for that matter, any other subject, any statement that you make to investigators may be used against you during any future criminal, civil or administrative proceeding, or for any other purpose.

In light of the above, it is again suggested that you may wish to consult with an attorney

prior to initiating any contact with Government agents. In fact, should you exercise this option, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well the extent, if any, to which you would be willing to provide information to federal investigators.

In closing, please be advised that your attorney, should you elect to retain the services of a lawyer, may reach me at 305 961-9244.

Sincerely yours,

WIFREDO FERRER
UNITED STATES ATTORNEY

By: *[signature]*
MICHAEL B. NADLER
Assistant U.S. Attorney